IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WADONNA COOPER,  Plaintiff,  v.  LOVE'S TRAVEL STOPS,  Defendant. | REMOVED FROM STATE COURT OF GLYNN COUNTY  CIVIL ACTION FILE NO.   CV222-74  CV20220096 |

## DEFENDANT'S NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Southern District of Georgia, Brunswick Division:

COMES NOW, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. (hereinafter "Defendant"), and files the following Notice of Removal to United States District Court, showing the Court as follows:

1. A civil action was filed on April 20, 2022, in the State Court of Glynn County, State of Georgia. That action is designated there as Civil Action File No.: CV20220096.  Plaintiff did not specifically pled damages in her Complaint and Defendant had no information regarding the amount in controversy. Thereafter, Defendant served written discovery and, on August 4, 2022, Plaintiff admitted that she is seeking more than $75,000.00 in damages in this lawsuit. (*See* Plf.'s Resps. to Def.'s First Req. for Admissions, attached hereto as Exhibit "C"). This removal is timely filed.

2. Defendant files herewith a copy of all process, pleadings, and orders received by Defendants in Civil Action File No.: CV20220096, pursuant to 28 USC §1446.

3. Defendant is now, was at the commencement of Civil Action File No.: CV20220096, and at all times since has been an entity organized and existing under the laws of the State of Oklahoma.

4. Defendant's Principal Office at the time of filing of Civil Action File No.: CV20220096 was, and at all times since has been located in Oklahoma City, Oklahoma.

5. Upon information and belief, Plaintiff is citizen of and an individual residing in the State of Georgia. (Compl. ¶ 1).

6. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

    a. Plaintiff, on August 4, 2022, admitted that she is seeking more than $75,000.00 in damages in this lawsuit. (*See* Ex. "C").

    b. "Amount in controversy" means simply the amount sought by Plaintiff that can be legally awarded by the fact-finder. "The jurisdictional fact in this case is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are: In other words, an amount that a plaintiff claims is not 'in controversy' if no fact finder could legally award it." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir., 2002). "[T]he plaintiffs' likelihood of success on the merits is largely irrelevant to the court's jurisdiction because the pertinent question is what is in controversy in the case, not how much the plaintiffs are ultimately likely to recover." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir.,

2010). In a tort case the amount in controversy includes "general, special, and punitive damages." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir., 2001).

7. Defendant attaches hereto a copy of the Summons and Complaint in State Court of Glynn County, State of Georgia, marked as Exhibit "A".

8. Defendant attaches hereto a copy of Defendant's Notice of Removal which has been sent for filing in the State Court of Glynn County, State of Georgia, marked as Exhibit "B".

WHEREFORE the Defendant prays that the above action now pending against them in the State Court of Glynn County, State of Georgia, be removed to this Court.

This 11th day of August, 2022.

                                                              **HALL BOOTH SMITH, P.C.**

                                                              */s/ Sean B. Cox*
                                                              SEAN B. COX
                                                              Georgia State Bar No. 664108
                                                              *Counsel for Defendant*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WADONNA COOPER,<br><br>     Plaintiff,<br><br>v.<br><br>LOVE'S TRAVEL STOPS,<br><br>     Defendant. | CIVIL ACTION FILE NO.<br><br>CV20220096 |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Kendall B. Shortway
MORGAN & MORGAN
777 Gloucester St., Suite 400
Brunswick, GA 31520
kshortway@forthepeople.com
*Attorney for Plaintiff*

This 11th day of August, 2022.

HALL BOOTH SMITH, P.C.

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
*Counsel for Defendant*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775

-4-

T: 404.954.5000
F: 404.954.5020
scox@hallboothsmith.com
**DEFENDANT DEMANDS TRIAL BY JURY**

75690383-1
8061-0025