# In the United States District Court for the Southern District of Georgia
## Brunswick Division

WADONNA COOPER,

    Plaintiff,

v.

LOVE'S TRAVEL STOPS,

    Defendant.

CV 222-074

**ORDER**

Before the Court is Plaintiff Wadonna Cooper's Notice of Voluntary Dismissal, dkt. no. 12, wherein she purports to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That rule provides that a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, however, Plaintiff's Notice is signed only by Plaintiff's counsel, not Defendant Love's Travel Stops' counsel. See Dkt. No. 12. Accordingly, the Court construes Plaintiff's Notice of Voluntary Dismissal as a motion for same. See Fed. R. Civ. P. 41(a)(2) (dismissal by court order).

Notably, Defendant has filed no response to Plaintiff's motion, even though it has had adequate time to do so. The

Court presumes, then, that Defendant has no objection to the dismissal of this action without prejudice. See S.D. Ga. LR 7.5 ("Failure to respond within the applicable time period shall indicate there is no opposition to a motion."). Further, considering this case is in the early stages of litigation, the Court concludes Defendant would not be prejudiced by permitting Plaintiff to dismiss this case. Accordingly, the Court **GRANTS** Plaintiff's motion for voluntary dismissal. Dkt. No. 12. All claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 14 day of February, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA